1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10    ROBERT MICHAEL JOHNSON,

11              Plaintiff,                    No. CIV S-06-0821 MCE PAN P

12         vs.

13    ARNOLD SWARTZENEGGER, et al.,

14              Defendants.              <u>ORDER</u>

15    _____/

16              Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

17    to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28

18    U.S.C. § 1915.  Plaintiff has not, however, filed his application for leave to proceed in forma

19    pauperis on the form used by this district.  Use of the form assists plaintiff to establish and the

20    court to evaluate plaintiff's in forma pauperis status in light of 28 U.S.C. § 1915 (b)(1) and (2).

21    Accordingly, plaintiff's application will be dismissed and plaintiff will be provided the

22    opportunity to submit the application on the appropriate form.  Plaintiff is cautioned that he must

23    also provide a certified copy of his prison trust account statement for the six month period

24    immediately preceding the filing of his complaint.

25    /////

26    /////

1

Dockets.Justia.com

1    In accordance with the above, IT IS HEREBY ORDERED that:

2    1.  Plaintiff's application to proceed in forma pauperis is dismissed without

3    prejudice;

4    2.  The Clerk of the Court is directed to send plaintiff a new Application to

5    Proceed In Forma Pauperis By a Prisoner; and

6    3.  Plaintiff shall submit, within thirty days from the date of this order, a

7    completed application to proceed in forma pauperis.  Plaintiff's failure to comply with this order

8    will result in a recommendation that this action be dismissed without prejudice.

9    DATED: May 4, 2006.

10

11    UNITED STATES MAGISTRATE JUDGE

12

13    /mp:001
      john0821.3d
14

15

16

17

18

19

20

21

22

23

24

25

26

2