IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT M. JOHNSON,

        Plaintiff,                    No. CIV S-06-0821 MCE PAN P

      vs.

ARNOLD SWARTZENEGGER, et al.,

        Defendants.            <u>ORDER</u>

        Plaintiff has requested an extension of time to submit the documents necessary for service pursuant to the court's order of May 18, 2006.  Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's June 13, 2006 request for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to submit the documents necessary for service.

DATED: July 18, 2006.

UNITED STATES MAGISTRATE JUDGE

/mp
john0821.36