1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT M. JOHNSON,

      Plaintiff,                    No. CIV S-06-0821 MCE EFB P

      vs.

ARNOLD SCHWARZENEGGER, et al.,

      Defendants.             ORDER

_____/

      Plaintiff is a prisoner without counsel suing for alleged civil rights violations. *See* 42 U.S.C. § 1983. On March 14, 2007, defendants Traquina, Naku, and Hughey filed a motion for summary judgment. *See* Fed. R. Civ. P. 56. On April 16, 2007, plaintiff filed a letter requesting the hearing date for defendants' motion in order to calculate the date his opposition is due.

      Local Rule 78-230(m) provides in pertinent part that "[a]ll motions . . .filed in cases wherein one party is incarcerated and proceeding in propria persona, shall be submitted upon the record without oral argument unless otherwise ordered by the Court. Such motions need not be noticed on the motion calendar. Opposition, if any, to the granting of the motion shall be served and filed with the Clerk by the responding party not more than eighteen (18) days, plus three (3) days for mailing or electronic service, after the date of service of the motion."

////

A responding party's failure "to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion and may result in the imposition of sanctions." L. R. 78-230(m).  Failure to comply with any order or with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." L. R. 11-110.  The court may recommend this action be dismissed with or without prejudice, as appropriate, if plaintiff disobeys an order or the Local Rules.  *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1252 (9th Cir. 1992) (district court did not abuse discretion in dismissing *pro se* plaintiff's complaint for failing to obey an order to re-file an amended complaint to comply with Federal Rules of Civil Procedure); *Carey v. King*, 856 F.2d 1439, 1440-41 (9th Cir. 1988) (dismissal for *pro se* plaintiff's failure to comply with local rule regarding notice of change of address affirmed).

On August 2, 2006, the court informed plaintiff that all motions must be briefed in accordance with Local Rule 78-230(m), and that failure timely to oppose a motion may be deemed consent to the relief requested in the motion.  Also on that date, the Clerk of the Court served on plaintiff a copy of the Local Rules of this Court.

Accordingly, IT IS HEREBY ORDERED that within 20 days of the date of this order, plaintiff shall file an opposition to the motion for summary judgment or a statement of non-opposition.  Failure to comply with this order will result in a recommendation that this action be dismissed pursuant to Fed. R. Civ. P. 41(b).

DATED: May 1, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE