IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT M. JOHNSON,

    Plaintiff,                    No. CIV S-06-0821 MCE EFB P

vs.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.          <u>ORDER</u>

                            /

       Plaintiff is a state prisoner prosecuting this civil rights action without counsel. Pursuant to the November 2, 2006, schedule, pretrial conference was set for July 20, 2007, and trial is set for October 10, 2007.

       Since defendants' motion for summary judgment is pending, the above dates are vacated. *See* Fed. R. Civ. P. 16(b).

       So ordered.

Dated: August 27, 2007.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE