IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT M. JOHNSON,

    Plaintiff,                  No. CIV S-06-0821 MCE EFB P

    vs.

ARNOLD SWARTZENEGGER, et al.,

    Defendants.            ORDER

        Plaintiff is a prisoner without counsel seeking relief for civil rights violations. *See* 42 U.S.C. § 1983. On February 1, 2007, plaintiff filed a motion for leave to file an amended complaint deleting the captioned defendant in light of the court's May 18, 2006, order dismissing defendant Schwarzenegger from the action. The order dismissing this defendant speaks for itself and amendment of the complaint to implement the dismissal is unnecessary.

        Accordingly, it is ORDERED that plaintiff's February 1, 2007, motion to amend his complaint is denied.

Dated: October 9, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE