UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ROBERT M. JOHNSON,                         No. 2:06-cv-00821-MCE-EFB

      Plaintiff,

  v.                                       <u>MEMORANDUM AND ORDER</u>

ARNOLD SWARTZENEGGER, ET AL.

      Defendants.

----oo0oo----

On the Court's own motion the April 9, 2012 jury trial is vacated and continued to October 29, 2012 at 9:00 a.m. in Courtroom 7. All Writs of Habeas Corpus Ad Testificandum (ECF No. 66-69) issued in this case are hereby VACATED as well. The Clerk of the Court is directed to electronically serve and fax this Order on the Warden(s) of appropriate state prison facilities and on the Out-To-Court desk, California State Prison - Sacramento.

    IT IS SO ORDERED.

Dated: March 19, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE