1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  PETER A. MESHOT, State Bar No. 117061
   Supervising Deputy Attorney General
3  JAMES W. WALTER, State Bar No. 173481
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone: (916) 324-0244
6   Fax: (916) 322-8288
    E-mail: James.Walter@doj.ca.gov
7  *Attorneys for Defendants*
   *Folashade A. Naku and Alma Hughey*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT M. JOHNSON,** | No. 2:06-cv-00821 MCE EFB |
| Plaintiff, | **DEFENDANTS' REQUEST TO CONTINUE TRIAL DATE; ORDER TO CONTINUE TRIAL DATE** |
| v. | |
| **ARNOLD SCHWARZENEGGER, et al.,** | Courtroom: 7<br>Trial Date: 10/29/12 |
| Defendants. | |

Defendants Traquina and Naku request that the court continue the trial date in this case from October 29, 2012 to November 26, 2012. Defendants request the continuance because their trial counsel, James W. Walter, has another trial scheduled to begin on October 29, 2012 in Hanford, California (*Pena v. Alvarez,* Kings County Superior Court case no. 11C0143.)

Dated: March 19, 2012                     Respectfully submitted,

                                          KAMALA D. HARRIS
                                          Attorney General of California
                                          PETER A. MESHOT
                                          Supervising Deputy Attorney General

                                          */S/ JAMES W. WALTER*

                                          JAMES W. WALTER
                                          Deputy Attorney General
                                          *Attorneys for Defendants*
                                          *Folashade A. Naku and Alma Hughey*

1

1    Good cause having been shown to continue the trial date in the above-entitled action, THE
2  COURT HEREBY ORDERS:
3    The jury trial in this case currently scheduled for October 29, 2012 at 9:00 a.m. is hereby
4  VACATED.  A jury trial in this case is SCHEDULED for November 26, 2012 at 9:00 a.m. in
5  Courtroom 7 (MCE) before Judge Morrison C. England, Jr.
6    IT IS SO ORDERED.
7  DATE: March 27, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE