UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ROBERT M. JOHNSON,  No. 2:06-cv-00821-MCE-EFB

    Plaintiff,

  v.

                                    <u>MEMORANDUM AND ORDER</u>

ARNOLD SWARTZENEGGER, ET AL.,

    Defendants.

_____ ____/

    On the Court's own motion the November 13, 2012 jury trial is vacated and continued to March 11, 2013 at 9:00 a.m. in Courtroom 7. All Writs of Habeas Corpus Ad Testificandum issued in this case are hereby VACATED. The Clerk of the Court is directed to electronically serve and fax this Order on the Warden(s) of appropriate state prison facilities and on the Out-To-Court desk, California State Prison - Sacramento.

    IT IS SO ORDERED.

DATED: September 18, 2012

                                              MORRISON C. ENGLAND, JR
                                              UNITED STATES DISTRICT JUDGE