UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ROBERT M. JOHNSON,  No. 2:06-cv-00821-MCE-EFB

    Plaintiff,

  v.  ORDER CONTINUING TRIAL

ARNOLD SWARTZENEGGER, ET AL.,

    Defendants.
_____/

    On the Court's own motion, the March 11, 2013 jury trial is vacated and continued to June 3, 2013, at **9:00 a.m.** in Courtroom 7. All Writs of Habeas Corpus Ad Testificandum issued in this case are hereby VACATED. The Office of the Clerk of Court is directed to electronically serve and fax this Order on the Warden(s) of the appropriate state prison facilities and on the Out-To-Court Desk, California State Prison - Sacramento.

    IT IS SO ORDERED.

Dated: January 30, 2013

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1