UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Robert M. Johnson,<br><br>             Plaintiff,<br><br>     v.<br><br>Schwarzenegger et al.,<br><br>             Defendant. | No.  2:06-cv-00821-TLN-EFB<br><br>**ORDER** |

   Due to medical necessity, the Court hereby excuses witness Kirk S. Atwood, inmate #C-81505.

   Dated:  June 17, 2013

Troy L. Nunley
United States District Judge