## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**ROBERT M. JOHNSON,**

CASE NO: **2:06–CV–00821–TLN–EFB**

v.

**ARNOLD SCHWARZENEGGER, ET AL.,**

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON signed by District Judge Troy L. Nunley on 7/3/2013**

**Marianne Matherly**
Clerk of Court

ENTERED: **July 5, 2013**

by: /s/ L. Reader
Deputy Clerk